SLOANE, Respondent, *v.* PREFERRED MUT. ACC. ASS'N OF NEW YORK, Appellant.

*(Common Pleas of New York City and County, General Term.* November 18, 1890.)

Appeal from seventh district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Geo. W. Still,* for appellant.   *Gruber, Bard & Landon,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

SULKER, Appellant, *v.* QUICK, Respondent.

*(Common Pleas of New York City and County, General Term.* November 18, 1890.)

Appeal from first district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Jas. Forrest,* for appellant.   *R. W. Todd,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

EXCELSIOR STEAM-POWER Co., Respondent, *v.* MARLOW, Appellant.

*(Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from second district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Campbell & Van Alstine,* for appellant.   *H. Swain,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

ICHIFF, Respondent, *v.* SCHWAB, Appellant.

*(Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from seventh district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Hastings & Gleason,* for appellant.   *L. J. Conlan,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

IUBE, Respondent, *v.* HODGE, Appellant.

*(Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from eleventh district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*J. N. Williams,* for appellant.   *M. Steinert,* for respondent.

No opinion.   Order reversed, with costs.

---

JOHNSON, Respondent, *v.* MOLLOY, Appellant.

*(Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from eighth district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*B. Loewy,* for appellant.   *P. C. Talman,* for respondent.

No opinion.   Final order affirmed, with costs.

---

NEW YORK METAL EXCHANGE, Respondent, *v.* WALWORTH, Appellant.

*(Common Pleas of New York City and County, General Term.* November 19, 1890.)

Appeal from second district court.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Wm. King Hall,* for appellant.   *F. G. Dow,* for respondent.

No opinion.   Judgment affirmed, with costs.